31 A.3d 655

COMMONWEALTH of Pennsylvania, Respondent

v.

Darryl A. BELL Sr., Petitioner.

No. 75 EM 2011.

Supreme Court of Pennsylvania.

Nov. 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of November, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**